United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

OCT 0 4 2019

David J. Bradley, Clerk of Court

**SOUTHERN** _____    DISTRICT OF    _____ **TEXAS**

UNITED STATES OF AMERICA
V.
Walter Lee Brown III

**CRIMINAL COMPLAINT**

Case Number:  *C.19-3867 M*

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _____ October 2, 2019 _____ in _____ Nueces _____ County, in the _____ Southern _____ District of _____ Texas _____ defendant(s) did,

unlawfully escape from the custody of the Federal Bureau of Prisons by absconding from the Dismas Charities Inc., located at 1023 Mestina Street in Corpus Christi, Texas to which he had been lawfully committed by the Attorney General.

In violation of Title _____ 18 _____ United States Code, Section(s) _____ 751 _____ .

I further state that I am a(n) _____ Deputy U.S. Marshal _____ and that this complaint is based on the following facts : On February 1, 2014 Walter Lee BROWN III plead guilty to Conspiracy to Possess with Intent to Distribute 8.70 Kilograms of Marijuana in the Southern District of Texas in case# 2:1CR00007-001, in violation of Title 21 U.S.C. 841(a)(1) and 841(b)(1)(D). On May 14, 2014, BROWN was sentenced to 50 months in custody of BOP, followed by 3 years of supervised release by District Judge D. Rainey.
On October 4, 2019, at approximately 1:00pm, BROWN was expected to return to Dismas Charities but did not return. BROWN was placed on escape status by the Federal Bureau of Prisons, for failing to report back to Dismas Charities, Inc., in violation of Title 18, United States Code, Section 751.

Approved by Assistant United States Attorney Julie Hampton

Continued on the attached sheet and made a part of this complaint:

Yes    X    No

Signature of Complainant

Deputy U.S. Marshal, Chris Askew
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 4, 2019
Date

at    Corpus Christi, Texas
City and State

Honorable Jason B. Libby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

This Affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Walter Brown III, whom has unlawfully Escaped from Dismas Charities Inc.

I, Christopher Askew, having been duly sworn, declare under the penalty of perjury, and states:

1. That I am a Deputy United States Marshal with the United States Marshals Service (DUSM) in Corpus Christi, Texas and have been employed in this capacity since April 2003.

2. During my employment with the United States Marshals Service, I have conducted investigations related to the federal crime of Flight to avoid prosecution. I am currently assigned to the Gulf Coast Violent Offenders Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3. On February 1, 2014 Walter Lee BROWN III plead guilty to Conspiracy to Possess with Intent to Distribute 8.70 Kilograms of Marijuana in the Southern District of Texas in case# 2:1CR00007-001, in violation of Title 21 U.S.C. 841(a)(1) and 841(b)(1)(D).

4. On May 14, 2014, BROWN was sentenced to 50 months in custody of BOP, followed by 3 years of supervised release by District Judge D. Rainey.

5. On October 4, 2019, at approximately 1:00pm, BROWN was expected to return to Dismas Charities but did not return. BROWN was placed on escape status by the Federal Bureau of Prisons, for failing to report back to Dismas Charities, Inc., in violation of Title 18, United States Code, Section 751.

I, Chris Askew, Deputy United States Marshal, United States Marshals Service, being duly sworn according to law, deposes and says that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

_____
Deputy United States Marshal

Sworn to before me and subscribed in my presence this _October 4, 2019_ and I find probable cause.

_____
United States Magistrate Judge