# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                                 Case Number: 2:19–cr–01965

Walter Lee Brown, III

## Notice of Resetting

**A proceeding has been reset in this case as to Walter Lee Brown, III as set forth below.**

**BEFORE:**
**Judge Nelva Gonzales Ramos**

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 9/30/2020

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Final Hearing – Superv Rls Vio

Date:   September 10, 2020                                               David J. Bradley, Clerk